No. 661. NATIONAL BUS TRAFFIC ASSOCIATION, INC., ET AL. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *James F. X. O'Brien, Jack R. Turney, Jr.* and *Eugene T. Lüpfert* for appellants. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Henry Newton Williams, Robert W. Ginnane* and *Isaac K. Hay* for the United States and the

Interstate Commerce Commission, *Harry A. Bowen* and *Jerrold Scoutt, Jr.* for the American Society of Travel Agents, Inc., *Robert S. Buttles* for Tauck Tours, Inc., and *S. Harrison Kahn* for Thos. Cook & Son, Inc., et al., appellees.

